# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

130554

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GREAT OAKS REAL ESTATE, LLC,
        Plaintiff/Counter-
        Defendant-Appellee,

v

SC: 130554
COA: 254731
Oakland CC: 2003-047703-CZ

B & B GROUP, LLP,
        Defendant/Counter-
        Plaintiff/Cross-Plaintiff/
        Third-Party Defendant-Appellant,
and

OAKLAND COUNTY TREASURER, MITAN
& ASSOCIATES, P.C., MTIS, INC., and
DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendants,
and

PALDEVCO, LP, a/k/a PALDEVCO, LTD,
and LOOKWELL LTD PARTNERSHIP,
        Defendants-Appellees,
and

JOHN H. WALTMAN, CAROLINE L.
WALTMAN, a/k/a CAROLYN WALTMAN,
and MARTIN W. BORDOLEY,
        Defendants/Cross-Defendants,
and

MARILYN KREMEN, d/b/a MEK
INVESTMENTS, ANDREW MUNRO, MUNRO
& ZACK, LLC, and LAPEER ROAD, LLC,
        Third-Party Defendants.
_____/

        On order of the Court, the application for leave to appeal the January 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

d0619